# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Paddy Kalish, <br><br>                 Plaintiff, <br><br>   v. <br><br> EOS CCA; and <br> DOES 1-10, inclusive, <br><br>                 Defendants. | Civil Action No.: 1:11-cv-11433 (NMG) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against EOS CCA without prejudice.

| Paddy Kalish | EOS CCA |
|---|---|
| /s/ Sergei Lemberg | /s/ Andrew M. Schneiderman |
| Sergei Lemberg, Esq. <br> BBO No.: 650671 <br> LEMBERG & ASSOCIATES <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT  06905 <br> (203) 653-2250 <br> Attorney for Plaintiff | David A. Grossbaum <br> Marissa I. Delinks <br> Andrew M. Schneiderman <br> Hinshaw & Culbertson LLP <br> 28 State Street, 24 th  Floor <br> Boston, MA 02109 <br> Telephone:  (617) 213-7000 <br> Fax:  (617) 213-7001 <br> Attorneys for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2011, a true and correct copy of the foregoing Stipulation of Dismissal Without Prejudice was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg
                                                  Sergei Lemberg