**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Paddy Kadish | |
|           Plaintiff | CIVIL ACTION |
| V. | |
| EOS CCA, et al. | NO. 11-11433 NMG |
|           Defendant | |

**ORDER OF DISMISSAL**

GORTON, D. J.

    In accordance with the Stipulation of Dismissal dated 10/18/2011, (Docket No. 7), it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

By the Court,

10/19/2011
Date

/s/ Kellyann Moore
Deputy Clerk